UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>KARL E. HAHN,<br><br>            Claimant,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>            Respondent. | Civil Action No. 11-cv-11378 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Respondent Deutsche Bank Securities, Inc. ("DBSI"), through its attorneys, hereby certifies that it is 100% owned by Deutsche Bank U.S. Financial Markets Holding Corp., which is a wholly-owned subsidiary of Taunus Corporation. Taunus Corporation is wholly-owned by Deutsche Bank AG, which is publicly held.

Dated:  August 2, 2011            Respectfully submitted,

        /s/ Amy K. Lyster
        Amy K. Lyster (BBO #667263)
        SULLIVAN & WORCESTER LLP
        One Post Office Square
        Boston, MA 02109
        Tel:  (617) 338-2800
        Fax:  (617) 338-2880
        alyster@sandw.com
        *Attorney for Respondent*

        *Of Counsel:*
        Andrew T. Solomon
        SULLIVAN & WORCESTER LLP
        1290 Avenue of the Americas, 29th Floor
        New York, NY 10104
        Tel:  (212) 660-3000
        Fax:  (212) 660-3001
        asolomon@sandw.com

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 8/2/11.

/s/  Amy K. Lyster