# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

In the Matter of the Arbitration between
Karl E. Hahn,

~~Plaintiff~~   Claimant

v.

Civil Action No.:
1:11-CV-11378-RGS

DEUTSCHE BANK SECURITIES INC.

~~Defendant~~   Respondent

## SUMMONS IN A CIVIL ACTION

To: ~~(Defendant's name and address)~~

Karl Hahn
c/o Madeiros/Cafro
53 Overlook Road
South Windsor, CT 06074

A lawsuit has been filed against you.  (Petition to Confirm Arbitration Award and for Entry of Judgment)

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the Respondent an answer to the attached Petition or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Respondent's attorney, whose name and address are:

Amy K. Lyster, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Petition. You also must file your answer or motion with the court.

SARAH ALLISON THORNTON

*CLERK OF COURT*

/s/ — Clarilde M Geraldino-Karasek

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2011-08-03 15:09:17.0, Clerk USDC DMA

Civil Action No.: 1:11-CV-11378-RGS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Karl Hahn__

was received by me on (date) __11/21/11__ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☒ I left the summons at the individuals residence or usual place of abode with (name) __George Medeiros__

_____ , a person of suitable age and discretion who resides there,

on (date) __11/21/11__ , ~~and mailed a copy to the individuals last known address;~~ or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

__11/21/11__
Date

__/s/ John Stevens__
Server's Signature

__John J Stevens II__
Printed name and title

__450 Main St Hartford CT__
Server's Address

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Deutsche Bank Securities, Inc. (Respondent in Arbitration) | 1:11-cv-11378-RGS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Karl E. Hahn (Claimant in Arbitration) | Serving Summons & Petition to Confirm Arbitration Award and for Entry of Judgment and related papers. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Karl Hahn
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o Cafro/Madeiros, 53 Overlook Road, South Windsor, CT 06074

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Amy K. Lyster, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

One Hundred Twenty day service deadline expires November 30.
Please do everything possible to serve as soon as possible.

*RECEIVED 2011 NOV -7 A 9:01 DISTRICT OF MASSACHUSETTS*

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 617.338.2800
DATE: 11/4/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 11/10/11 |
|---|---|---|---|---|---|
| | 1 | | | | 11/7/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
George Madeiros

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
53 Overlook Rd
S. Windsor CT

Date: 11/21/11
Time: 2:15 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Fwd to USMS DICT 11/7/11

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Deutsche Bank Securities, Inc. (Respondent in Arbitration) | COURT CASE NUMBER<br>1:11-cv-11378-RGS |
|---|---|
| DEFENDANT<br>Karl E. Hahn (Claimant in Arbitration) | TYPE OF PROCESS<br>Serving Summons & Petition to Confirm Arbitration Award and for Entry of Judgment and related papers. |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Karl Hahn
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): c/o Cafro/Madeiros, 53 Overlook Road, South Windsor, CT 06074

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Amy K. Lyster, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED 2011 NOV -7 A 9:01 DISTRICT OF MASSACHUSETTS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

One Hundred Twenty day service deadline expires <u>November 30</u>.
Please do everything possible to serve as soon as possible.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>617.338.2800 | DATE<br>11/4/11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>Louise Dean | Date<br>11/10/11 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>$110.00 | Total Mileage Charges including *endeavors*<br>12.75 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$122.75 | $0.00 |
|---|---|---|---|---|---|---|

REMARKS: Fwd to USMS D/CT 11/7/11 LT

**PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80