UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| )<br>IN THE MATTER OF THE )<br>ARBITRATION BETWEEN )<br>)<br>KARL E. HAHN, )<br>)<br>    Claimant, )<br>)<br>v. )<br>)<br>DEUTSCHE BANK SECURITIES, INC., )<br>)<br>    Respondent. )<br>) | Civil Action No.: 11-cv-11378-RGS<br><br><br><br><br>JUDGMENT |

  Respondent Deutsche Bank Securities, Inc. ("DBSI"), having petitioned the Court

pursuant to Fed. R. Civ. P. 81(a)(6)(B) and the Federal Arbitration Act, 9 U.S.C. § 9 ("FAA"),

for (a) an order confirming a certain arbitration award dated June 27, 2011 and issued by the

Panel in *In the Matter of the Arbitration Between Karl E. Hahn v. Deutsche Bank Securities,*

*Inc.*, FINRA Case No. 09-04735, in favor of DBSI and against Claimant Karl E. Hahn (the

"Award"), and (b) entry of judgment in favor of DBSI and against Karl E. Hahn in the amount of

$2,555,020.58, plus post-award and post-judgment interest, and the Court, having duly

deliberated and rendered its decision in a June 7, 2012 Electronic Order; it is now

  ORDERED, ADJUDGED AND DECREED that for the reasons stated in the Court's

June 7, 2012 Electronic Order, DBSI's petition is hereby granted in its entirety; and it is further

  ORDERED, ADJUDGED AND DECREED that the Award is confirmed and DBSI has

judgment against Karl E. Hahn, c/o Cafro Madeiros, 53 Overlook Road, South Windsor, CT

06074, in the principal amount of $2,555,020.58, plus interest at the rate of 12% per annum as

provided in Mass. Gen. Laws c. 235, § 8 and c. 231, § 6C from June 27, 2011 to the date of this

Judgment in the amount of $_____; and it is further

ORDERED, ADJUDGED AND DECREED that DBSI recover post-judgment interest at

the statutory rate from the date of judgment forward pursuant to 28 U.S.C. § 1961(a).

Accordingly, this case is closed.

Judgment signed this ___ day of June 2012.

_____
HON. RICHARD G. STEARNS
U.S. DISTRICT JUDGE

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system was served upon each party appearing pro se by first-class mail, postage pre-paid and by e-mail this 12th day of June, 2012.

<u>/s/ Amy K. Lyster</u>