UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>KARL E. HAHN,<br><br>        Claimant,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>        Respondent. | Civil Action No.: 11-cv-11378-RGS<br><br>JUDGMENT |

Respondent Deutsche Bank Securities, Inc. ("DBSI"), having petitioned the Court pursuant to Fed. R. Civ. P. 81(a)(6)(B) and the Federal Arbitration Act, 9 U.S.C. § 9 ("FAA"), for (a) an order confirming a certain arbitration award dated June 27, 2011 and issued by the Panel in *In the Matter of the Arbitration Between Karl E. Hahn v. Deutsche Bank Securities, Inc.*, FINRA Case No. 09-04735, in favor of DBSI and against Claimant Karl E. Hahn (the "Award"), and (b) entry of judgment in favor of DBSI and against Karl E. Hahn in the amount of $2,555,020.58, plus post-award and post-judgment interest, and the Court, having duly deliberated and rendered its decision in a June 7, 2012 Electronic Order; it is now

      ORDERED, ADJUDGED AND DECREED that for the reasons stated in the Court's June 7, 2012 Electronic Order, DBSI's petition is hereby granted in its entirety; and it is further

      ORDERED, ADJUDGED AND DECREED that the Award is confirmed and DBSI has judgment against Karl E. Hahn, c/o Cafro Madeiros, 53 Overlook Road, South Windsor, CT 06074, in the principal amount of $2,555,020.58, plus interest at the rate of 12% per annum as

2

provided in Mass. Gen. Laws c. 235, § 8 and c. 231, § 6C from June 27, 2011 to the date of this Judgment in the amount of $2,850,735.78           ; and it is further

ORDERED, ADJUDGED AND DECREED that DBSI recover post-judgment interest at the statutory rate from the date of judgment forward pursuant to 28 U.S.C. § 1961(a). Accordingly, this case is closed.

Judgment signed this 13  day of June 2012.

  /s/Richard G. Stearns  
  HON. RICHARD G. STEARNS  
  U.S. DISTRICT JUDGE
